1012

[No. 60076-1-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ALEXANDER MONTENEGRO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-00672-3, Steven J. Mura, J., entered May 22, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60099-1-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN H. KIRK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08033-1, Richard McDermott, J., entered June 1, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60102-4-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY P. CARTER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06578-2, Harry J. McCarthy, J., entered June 7, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60144-0-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. R.D. SPEARMAN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10858-9, Dean Scott Lum, J., entered June 1, 2007. *Affirmed* by unpublished per curiam opinion.